### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—
### GENERAL

| Case No. | SACV 22-01732-JWH(JDEx) | Date | October 26, 2022 |
|---|---|---|---|
| Title | *Earleen Schley, et al. v. Jonathan Lanier, et al.* | | |

**Present: The Honorable**    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Deborah Lewman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) Order to Show Cause re Dismissal for Lack of Prosecution**

Generally, each Defendant must answer or otherwise respond to the complaint within 21 days after service (60 days if the Defendant is the United States).  Fed. R. Civ. Proc. 12(a)(1).

This case was removed from Superior Court for the County of Orange to this Court on September 22, 2022. Plaintiffs have not filed an answer or otherwise responded to the complaint.  Accordingly, the Court, on its own motion, hereby orders Defendant to show cause in writing on or before **November 9, 2022**, why this action should not be dismissed, with respect to each Plaintiff who has not filed an answer or otherwise responded to the complaint.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.  This Order to Show Cause will be discharged if the Defendant files, before the deadline set forth above, a request for the entry of default with respect to the applicable Defendant(s).  Fed. R. Civ. Proc. 55(a).

**IT IS SO ORDERED.**