JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 22-01732-JWH(JDEx) | Date | November 14, 2022 |
| Title | *Earleen Schley, et al v. Jonathan Lanier, et al* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Deborah Lewman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On August 26, 2022, the Court issued an order directing Defendant to show cause, in writing, on or before November 9, 2022, why this action should not be dismissed for lack of prosecution [ECF No. 13]. As of today's date, no response has been filed.

Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES** this case for lack of prosecution. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**